IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAIKEL TORRES,** | ) |
| **Plaintiff,** | ) ) ) ) ) |
| v. | ) CIVIL ACTION NO. 2:22-CV-858 |
| **BRANDSAFWAY,** | ) ) ) ) ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL

The parties stipulate to the dismissal of the above captioned matter under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with prejudice. The parties shall bear their own costs and attorneys' fees.

Date: <u>December 1, 2022</u>                                              Respectfully Submitted,

<u>/s/ Cary Reid Burke</u>                                                      <u>/s/ Nicholas W. Kennedy</u>
Cary Reid Burke, Esquire                                           Nicholas W. Kennedy, Esquire
Seyfarth Shaw LLP                                                     PA ID No. 317386
1075 Peachtree Street, N.E.                                       Quatrini Law Group
Suite 2500                                                                   550 East Pittsburgh Street
Atlanta, GA 30309                                                    Greensburg, PA 1560
(404) 704-9667                                                          nwk@qrlegal.com
caburke@seyfarth.com                                             (724) 837-0080
*Attorney for Defendant*                                            *Attorney for Plaintiff*

## ORDER OF COURT

It is so ordered.

                                                                                BY THE COURT:

Date: _____                        _____
                                                                                Hon. J. Nicholas Ranjan
                                                                                United States District Judge